UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Frederick Stemmeler, Jr. and
Laurie Stemmeler,

        Debtors.

Case No. 18-29858

Chapter 13

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

     PLEASE TAKE NOTICE that Kohner, Mann & Kailas, S.C. ("KMK") is counsel for Scott and Diane Roeker, a creditor or party in interest in this case. KMK requests that it receive, in addition to notice of matters set forth in Rule 2002, all notices issued in the above captioned case after the date of this Notice; and KMK further requests a copy of all documents filed in the above captioned case after the date of this Notice, including but not limited to motions and other pleadings, stipulations, settlement agreements or orders of any kind.

     KMK further requests that the Debtors and Clerk of the United States Bankruptcy Court <u>place the following name and address on the master mailing matrix and any abbreviated service list</u> in the above captioned proceeding:

                  Kohner, Mann & Kailas, S.C.
                  Attn: Devon E. Daughety
                  Washington Building
                  Barnabas Business Center
                  4650 North Port Washington Road
                  Milwaukee, WI 53212-1059

Dated: October 26, 2018.

                                        KOHNER, MANN & KAILAS, S.C.
                                        Attorneys for Scott & Diane Roeker

                                        By: /s/ Devon E. Daughety
                                            DEVON E. DAUGHETY (WI 1106551)
                                        Washington Building
                                        Barnabas Business Center
                                        4650 North Port Washington Road
                                        Milwaukee, WI 53212-1059
                                        Telephone (414) 962-5110
                                        Facsimile (414) 962-8725
                                        Email: ddaughety@kmksc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on October 26, 2018, using the court's ECF system, which will automatically send notice to the following:

- Michael J. Cerniglia
  mjcerniglia@ks-lawfirm.com, cwatson@kslawfirm.com; risige@kslawfirm.com; hrschank@ks-lawfirm.com; jdkrek@ks-lawfirm.com

- Rebecca R. Garcia
  filings@ch13oshkosh.com

- Office of the U. S. Trustee
  ustpregion11.mi.ecf@usdoj.gov

Dated: October 26, 2018

By: /s/ Devon E. Daughety
Devon E. Daughety

2
Case 18-29858-kmp    Doc 8    Filed 10/26/18    Page 2 of 2