IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION

In the Bankruptcy Matter of:

Frederick L Stemmeler, Jr.
Laurie A Stemmeler
               Debtors

Bankruptcy No. 18-29858-kmp
Judge Katherine M. Perhach
Chapter: 13

## AGREED MOTION TO SUBSTITUTE ATTORNEY

NOW COME Josephine J. Miceli of Johnson, Blumberg & Associates, LLC along with Anna E. Rinehart formerly of Johnson, Blumberg & Associates, LLC, on an agreed motion for substitution of attorney and hereby states as follows:

1. Anna E. Rinehart of Johnson, Blumberg & Associates, LLC filed an appearance on behalf of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-9TT (hereinafter, the "Creditor").

2. As of June 21, 2019, Anna E. Rinehart is no longer employed at Johnson, Blumberg & Associates, LLC and as such she will no longer represent the Creditor in the above captioned case.

3. Therefore, Anna E. Rinehart and Josephine J. Miceli hereby respectfully request this Honorable Court enter an order substituting Josephine J. Miceli for Anna E. Rinehart as attorney for Creditor in the above captioned case.

4. Both parties agreed the attorney for Creditor in the above captioned case shall hereafter appear as Josephine J. Miceli at 230 West Monroe, Suite 1125, Chicago, IL 60606.

WHEREFORE, Josephine J. Miceli of Johnson, Blumberg & Associates, LLC along with Anna E. Rinehart formerly of Johnson, Blumberg & Associates, LLC respectfully request that this Honorable enter order substituting Josephine J. Miceli in the stead of Anna E. Rinehart as attorney for Creditor.

Agreed to by:

/s/ Anna E. Rinehart
Anna E. Rinehart, ARDC #6321383

/s/ Josephine J. Miceli
Josephine J. Miceli, IL ARDC #6243494

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606

Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
**THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY**
**INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION

In the Bankruptcy Matter of:

Frederick L Stemmeler, Jr.
Laurie A Stemmeler
               Debtors

Bankruptcy No. 18-29858-kmp
Judge Katherine M. Perhach
Chapter: 13

## **CERTIFICATE OF MAILING**

TO:    Frederick L Stemmeler, Jr., 609 Oakwood Dr., Thiensville, WI 53092
          Laurie A Stemmeler, 609 Oakwood Dr., Thiensville, WI 53092
          Rebecca R. Garcia, Chapter 13 Trustee, PO Box 3170, Oshkosh, WI 54903
          Michael J. Cerniglia, 2901 West Beltline Highway, Suite 301, Madison, WI 53713
          Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826
          Office of the U.S. Trustee, 517 East Wisconsin Ave., Room 430, Milwaukee, WI 53202

I, Josephine J. Miceli, an attorney, certify that I caused to be mailed the attached motion by mailing a copy to the Debtors listed above on July 26, 2019, postage prepaid by depositing the same in the U.S. Mail at 230 W. Monroe St., Chicago, IL 60606. The remaining parties were served by this Court's CM/ECF electronic noticing system.

                                                    /s/ Josephine J. Miceli
                                                    Josephine J. Miceli, IL ARDC #6243494

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
**THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY**
**INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**