IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION

In the Bankruptcy Matter of:

Frederick L Stemmeler, Jr.
Laurie A Stemmeler
               Debtors

Bankruptcy No. 18-29858-kmp
Judge Katherine M. Perhach
Chapter: 13

## ORDER APPROVING SUBSTITUTION OF COUNSEL FOR CREDITOR

Having reviewed the motion to substitute counsel,

IT IS ORDERED:

1. The motion is granted
2. Josephine J. Miceli is substituted in place of Anna E. Rinehart as counsel of record for the creditor, Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-9TT.

#####